## 9030.  LEE v. CITY OF THOMASTON.

BLOODWORTH, J.  The petition for certiorari did not affirmatively show that the petitioner had given such a bond as is required by the statute (Acts 1902, p. 105, Park's Ann. Code, § 5191 (a)); and under the rulings in *Toliver* v. *Wrightsville*, 17 *Ga. App.* 345 (86 S. E. 823), *Hubert* v. *Thomasville*, 18 *Ga. App.* 756 (90 S. E. 720), and *Gillespie* v. *Macon*, 19 *Ga. App.* 1 (90 S. E. 970), the court did not err in overruling the certiorari.

*Judgment affirmed.  Broyles, P. J., and Harwell, J., concur.*
DECIDED OCTOBER 31, 1917.

Certiorari; from Upson superior court—Judge Searcy.  June 30, 1917.

*J. R. Davis,* for plaintiff in error.  *W. Y. Allen,* con..a.

---

## 9152.  OSBROOKS v. CITY OF THOMASTON.

HARWELL, J.  This case is controlled by the decision in the case of *Lee* v. *City of Thomaston*, ante, 129.

*Judgment affirmed.  Broyles, P. J., and Bloodworth, J., concur.*
DECIDED NOVEMBER 1, 1917.

Certiorari; from Upson superior court—Judge Searcy.  August 11, 1917.

*J. R. Davis,* for plaintiff in error.  *Claude Worrill,* contra.

---

## 9062.  HOWELL v. CITY OF THOMASTON.

BROYLES, P. J.  Under the rulings in *Toliver* v. *Wrightsville*, 17 *Ga. App.* 345 (86 S. E. 823), *Hubert* v. *Thomasville*, 18 *Ga. App.* 756 (90 S. E. 720), and *Gillespie* v. *Macon*, 19 *Ga. App.* 1 (90 S. E. 970), the petition for certiorari did not affirmatively show that the petitioner had given such a bond as is required by the statute, and the court did not err in refusing to sanction the petition.

*Judgment affirmed.  Bloodworth and Harwell, JJ., concur.*
DECIDED OCTOBER 31, 1917.

Certiorari; from Upson superior court—Judge Searcy.  July 10, 1917.

*J. R. Davis,* for plaintiff in error.  *Claude Worrill,* contra.